# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-07134 |
| EDWARD LIMBACK | Phillip Ogden |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 7/22/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 4, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

October 5, 2006
Date

Page Two
06-mj-07134

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days suspended.

Defendant shall successfully complete Level II drug/alcohol education, pay for same, and provide proof of completion to the government within the next six months.

Defendant shall perform 48 hours of useful public service and provide proof of same to the government within the next six months. Two of these hours shall be with the MADD organization.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $300.00 | |
| **TOTALS** | $25.00 | $300.00 | $0.00 |

Fine and costs shall be paid in full on or before October 20, 2006. Interest shall not apply.